**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES**

| | |
|---|---|
| SAFI MOSA,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Respondents*. | Case No. 2:21-cv-02077<br><br>Hon. J. Josephine L. Staton<br><br>ORDER GRANTING STIPULATION FOR ADMINISTRATIVE CLOSURE |

## ORDER

This Court, having considered the Parties' Stipulation (Doc. 10), hereby finds it in the interest of justice to grant the Parties' request. It is hereby ORDERED:

1. The Parties' motion to administratively close the litigation (Doc. 10) is GRANTED;

2. The Clerk is directed to ADMINISTRATIVELY CLOSE this case;

3. The parties shall file a stipulation of dismissal or a request to re-open the case no later than **ten (10) days** after the conclusion of the administrative process.

4. For good cause shown, a party may move to reopen the litigation.

Date: May 21, 2021

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE